# UNITED STATES DISTRICT COURT
## District of Kansas

FILED
MAR 0 4 2013
Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

      Plaintiff,

v.             CASE NO. **13-mj-5014-KGS**

JOHNNIE LEE McCALL,
JORDAN CHRISTOPHER LUCAS,
ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley," and
DAVID PIERRE WIGFALL,

      Defendants.       **FILED UNDER SEAL**

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**18 U.S.C. §§ 1951(a) and 2**
(Interference with Commerce by Means of Robbery)

At all times material to this Complaint, Dollar General, located at 1001 S.W. Fairlawn Road, Topeka, Kansas, was engaged in the wholesale purchase, distribution, and retail sale

of food and beverage products in interstate commerce and was an industry which affects interstate commerce.

On or about February 12, 2013, in the District of Kansas, the defendants,

**JOHNNIE LEE McCALL and
JORDAN CHRISTOPHER LUCAS,**

did intentionally and unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants JOHNNIE LEE McCALL and JORDAN CHRISTOPHER LUCAS, did knowingly, intentionally, and unlawfully take and obtain personal property consisting of approximately $1,483.41 in United States currency in the presence of C.P., an employee of Dollar General, against her will, by means of actual and threatened force, violence, and fear of injury immediate and future, to her person and property, and to property in her custody and possession.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**18 U.S.C. §§ 1951(a) and 2
(Interference with Commerce by Means of Robbery)**

At all times material to this Complaint, Baskin Robbins, located at 4400 S.W. 21st Street, Topeka, Kansas, was engaged in the wholesale purchase, distribution, and retail sale

of food and beverage products, namely ice cream, in interstate commerce and was an industry which affects interstate commerce.

On or about February 27, 2013, in the District of Kansas, the defendants,

**JOHNNIE LEE McCALL,
JORDAN CHRISTOPHER LUCAS, and
ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley,"**

did intentionally and unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants JOHNNIE LEE McCALL, JORDAN CHRISTOPHER LUCAS, and ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley," did knowingly, intentionally, and unlawfully take and obtain personal property consisting of approximately $192.00 in United States currency in the presence of D.R., an employee of Baskin Robbins, against his will, by means of actual and threatened force, violence, and fear of injury immediate and future, to his person and property, and to property in his custody and possession.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

**18 U.S.C. §§ 924(c)(1)(A) and 2
(Use, Carry, and Brandish of a Firearm During and in Relation to
a Crime of Violence )**

On or about February 27, 2013, in the District of Kansas, the defendants,

**JOHNNIE LEE McCALL,**
**JORDAN CHRISTOPHER LUCAS, and**
**ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley,"**

knowingly and intentionally used and carried and brandished a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely interference with commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Complaint.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, with reference to Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR

**18 U.S.C. §§ 1951(a) and 2**
**(Interference with Commerce by Means of Robbery)**

At all times material to this Complaint, Little Caesars, located at 2620 S.W. Sixth Avenue, Suite B, Topeka, Kansas, was engaged in the wholesale purchase, distribution, and retail sale of food and beverage products, namely pizza, in interstate commerce and was an industry which affects interstate commerce.

On or about March 1, 2013, in the District of Kansas, the defendants,

**JOHNNIE LEE McCALL,**
**ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley," and**
**DAVID PIERRE WIGFALL,**

did intentionally and unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce by robbery, as

that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants JOHNNIE LEE McCALL, ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley," and DAVID PIERRE WIGFALL, did knowingly, intentionally, and unlawfully take and obtain personal property consisting of approximately $600.00 in United States currency in the presence of D.C. and J.C., employees of Little Caesars, against their will, by means of actual and threatened force, violence, and fear of injury immediate and future, to their person and property, and to property in their custody and possession.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

**18 U.S.C. §§ 924(c)(1)(A) and 2**
**(Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence )**

On or about March 1, 2013, in the District of Kansas, the defendants,

**JOHNNIE LEE McCALL,**
**ALONZO NATHAN LAX, a/k/a "Alonzo Nathan Lax-Dudley," and**
**DAVID PIERRE WIGFALL,**

knowingly and intentionally used and carried and brandished a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely interference with commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Complaint.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, with reference to Title 18, United States Code, Section 924(c)(1)(A)(ii).

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

_____
JASON RAMSEY, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 4th day of March, 2013, at Topeka, Kansas.

| K. GARY SEBELIUS | _____ |
| United States District Magistrate Judge | Signature of Judicial Officer |